District Judge Robert S. Lasnik
Magistrate Judge Monica J. Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAMOODI HUSSAIN AL-MAYAHI,
(Agency #: A71-680-954),

                Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of Homeland Security; A. NEIL CLARK, Seattle Field Office Director, Bureau of Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,

                Respondents.

No. C07-364-RSL-MJB

**STIPULATION AND ORDER OF DISMISSAL**

Note on Motion Calendar:
April 18, 2007

    Petitioner Hamoodi Al-Mayahi has been released from custody on an Order of Supervision. Petitioner and Respondents therefore stipulate and agree that this case is moot and may be dismissed without prejudice.

    Based upon the foregoing stipulation of the parties, IT IS SO ORDERED.

    SO ORDERED this 20th day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
C07-364-RSL-MJB– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Recommended for Entry

This 19th day of April, 2007

/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

DATED this _____18th_____ day of April, 2007.

s/ Jay W. Stansell
Jay Warren Stansell
Assistant Federal Public Defender
1601 - 5th Avenue, Suite 700
Westlake Center Office Tower
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
E-mail: Jay_stansell@fd.org

DATED this _____18th_____ day of April, 2007.

JEFFREY C. SULLIVAN
United States Attorney


 s/ Darwin P. Roberts
Darwin P. Roberts, WSBA # 32539
Assistant United States Attorney
700 Stewart Street, Ste. 5220
Seattle, WA 98101-1271
Phone: 206-553-4326
Fax: 206-553-4073
Email: Darwin.Roberts@usdoj.gov
Attorney for Respondents

STIPULATION AND ORDER OF DISMISSAL
C07-364-RSL-MJB– 2